[Civil No. 490.]

J. E. PETERS, Appellant, v. THE PHŒNIX NATIONAL BANK, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

J. B. Woodward, for Appellant.

L. H. Chalmers, for Appellee.

July 9, 1895. Affirmed.

---

[Civil No. 343.]

In re Estate of JOHN D. WALKER, Deceased, Appellant, v. A. J. DORAN, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Joseph H. Kibbey, Judge.

Fitch & Campbell, for Appellant.

Barnes & Martin, and S. M. Franklin, for Appellee.

July 10, 1895. Affirmed.

---

[Civil No. 441.]

EDWARD H. COOK et al., Appellants, v. GILA COUNTY, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

Cox & Street, for Appellants.

E. J. Edwards, for Appellee.

July 10, 1895. Affirmed.